

1  Stephen V. Conley
2  310 N. Lima St.
   Burbank, CA 91505
3  818-391-2047
4  Plaintiff in Pro Per

5

6

7

8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11                 **CV11-10710** -SJO(JEMx)

12  Stephen V. Conley              )      Case No:_____
13       PLAINTIFF                 )
14       vs.                       )      **COMPLAINT FOR:**
15  Phillips & Cohen               )      **Fair Debt Collection Practices Act;**
16    Associates, Ltd.             )      **Rosenthal Act;**
17       DEFENDANT                 )      **Fair Credit Reporting Act.**
18  _____  )      **Demand for Trial by Jury**
19
20
21                      **JURISDICTION**
22
23      1. This court has jurisdiction under 28 U.S.C. § 1331. Federal question
   jurisdiction arises pursuant to 15 U.S.C. § 1692k and 15 U.S.C. § 1681p.
24
       2. This court has supplemental jurisdiction under 28 U.S.C. § 1367 because
25
   together Plaintiff's claims form part of the same case or controversy pursuant to Cal
26
   Civ Code 1788 et. seq. for related claims.
27

28

                              Complaint                              1

## VENUE

3. Venue is proper pursuant to 28 U.S.C. § 1391(b).

## PARTIES

4. Plaintiff Stephen V. Conley is a natural person and is a resident of the State of California.

5. Defendant Phillips & Cohen Associates, Ltd. has corporate offices at 1002 Justison Street, Wilmington, DE 19801, and is registered to do business in the State of California.

## STATEMENT OF FACTS

6. On or about January 31, 2011 the Plaintiff received a communication from the Defendant through the United States Postal Service dated January 25, 2011. (Attached Exhibit A).

7. Under the heading **IMPORTANT CONSUMER INFORMATION**, are the statements, "This communication is from a debt collector", and "This is an attempt to collect a debt and any information obtained will be used for that purpose".

8. The Defendant states the communication is from a Phillips & Cohen Associates, Ltd.

9. The Defendant states, "We had hoped that you would resolve your financial obligation with Equable Ascent Financial, LLC prior to initiating further collection activity to recover the amount owed to them."

10. The Defendant states, "... our client has agreed to offer you the oppourtunity to settle this indebtedness...".

11. The Defendant names Equable Ascent Financial, LLC as Client.

12. The Defendant names Chase Bank USA, N.A. (Wamu) as Original Creditor.

13. The Defendant states Balance is $6,710.55.

14. The Defendant states, "If you are unable to pay in full or settle at the reduced rate, contact our office today. You may qualify for our hardship program. Time is of the essence. Should you have any questions regarding this matter please call at the above referenced number."

15. On or about November 1, 2011 Plaintiff discovered Defendant had obtained Plaintiff's Equifax credit report on December 17, 2010. (Attached Exhibit B)

16. Upon information and belief, Defendant possesses neither title nor interest in the alleged debt.

## CAUSES OF ACTION

### FIRST CAUSE OF ACTION

(False, deceptive, or misleading representations or means in connection with collection of the debt)

(Violation of the FDCPA 15 U.S.C. § 1692 e, and Rosenthal FDCPA Ca Civ Code 1788.17 )

17. Plaintiff realleges paragraphs 1 through 16.

18. Plaintiff is a consumer within the meaning of 15 U.S.C. § 1692 a(3); and a debtor within the meaning of Ca Civ Code 1788.2(h).

19. Defendant is a debt collector within the meaning of 15 U.S.C. § 1692 a(6); and within the meaning of Ca Civ Code 1788.2(c).

20. Defendant is attempting to collect a debt within the meaning of 15 U.S.C. § 1692 a(5); and within the meaning of Ca Civ Code 1788.2(d).

21. Through the performance of the acts described in Paragraphs 9, 10, 11, and 12, the Defendant used and/or permitted to be used false, deceptive, or misleading representations or means in connection with the collection of the debt, thereby entitling the Plaintiff to recover damages pursuant to 15 U.S.C. § 1692 e and Ca Civ Code 1788.17.

**SECOND CAUSE OF ACTION**

(False representation of the character, amount or legal status of the debt)

(Violation of the FDCPA, 15 U.S.C. § 1692 e(2) and

the Rosenthal FDCPA, Ca Civ Code 1788.17)

22. Plaintiff realleges paragraphs 1 through 16.

23. Plaintiff is a consumer within the meaning of 15 U.S.C. § 1692 a(3); and a debtor within the meaning of Ca Civ Code 1788.2(h).

24. Defendant is a debt collector within the meaning of 15 U.S.C. § 1692 a(6); and within the meaning of Ca Civ Code 1788.2(c).

25. Defendant is attempting to collect a debt within the meaning of 15 U.S.C. § 1692 a(5); and within the meaning of Ca Civ Code 1788.2(d).

26. Through the performance of the acts described in Paragraphs 9, 10, 11, 12 and 13, the Defendant falsely represented or permitted the false representation of the character, amount, or legal status of the debt, thereby entitling the Plaintiff to recover damages pursuant to 15 U.S.C. § 1692 e(2) and Ca Civ Code 1788.17.

**THIRD CAUSE OF ACTION**

(False representation that any individual is an attorney or

that any communication is from an attorney)

(Violation of the FDCPA 15 U.S.C. § 1692 e(3), and

the Rosenthal FDCPA, Ca Civ Code 1788.17 )

27. Plaintiff realleges paragraphs 1 through 16.

28. Plaintiff is a consumer within the meaning of 15 U.S.C. § 1692 a(3); and a debtor within the meaning of Ca Civ Code 1788.2(h).

29. Defendant is a debt collector within the meaning of 15 U.S.C. § 1692 a(6); and within the meaning of Ca Civ Code 1788.2(c).

30. Defendant is attempting to collect a debt within the meaning of 15 U.S.C. § 1692 a(5); and within the meaning of Ca Civ Code 1788.2(d).

31. Through the performance of the acts described in paragraph 8, and throughout the communication, the Defendant falsely represented and/or permitted the false representation that an individual is an attorney, or that any communication is from an attorney, thereby entitling the Plaintiff to recover damages pursuant to 15 U.S.C. § 1692 e(3) and Ca Civ Code 1788.17.

## FOURTH CAUSE OF ACTION

(False representation or deceptive means to collect a debt or

obtain information about a consumer)

(Violation of the FDCPA, 15 U.S.C. § 1692 e(10) and

the Rosenthal FDCPA, Ca Civ Code 1788.17 )

32. Plaintiff realleges paragraphs 1 through 16.

33. Plaintiff is a consumer within the meaning of 15 U.S.C. § 1692 a(3); and a debtor within the meaning of Ca Civ Code 1788.2(h).

34. Defendant is a debt collector within the meaning of 15 U.S.C. § 1692 a(6); and within the meaning of Ca Civ Code 1788.2(c).

35. Defendant is attempting to collect a debt within the meaning of 15 U.S.C. § 1692 a(5); and within the meaning of Ca Civ Code 1788.2(d).

36. Through the performance of the acts described in paragraph 14, Defendant used and/or permitted to be used a false representation or deceptive means to collect a debt or obtain information about a consumer, thereby entitling the Plaintiff to recover damages pursuant to 15 U.S.C. § 1692 e(10) and Ca Civ Code 1788.17.

## FIFTH CAUSE OF ACTION

(Permissible purposes of Consumer Reports)

(Willful violation of the FCRA, 15 U.S.C. § 1681b)

37. Plaintiff realleges paragraphs 1 through 16.

38. Plaintiff is a consumer within the meaning of 15 U.S.C. § 1681a(c).

1    39.  Defendant is a furnisher of information within the meaning of 15 U.S.C. §

2  1681s-2.

3    40.  Defendant does not possess, nor has possessed any account relating to the

4  Plaintiff within the meaning of 15 U.S.C. § 1681a(r)(4).

5    41.  Through the performance of the acts described in paragraph 15, Defendant

6  willfully violated or permitted the willful violation of  15 U.S.C. § 1681b(f), by

7  obtaining Plaintiff's Equifax credit report without a permissible purpose as defined by

8  15 U.S.C. § 1681b, thereby entitling the Plaintiff to recover damages pursuant to 15

9  U.S.C. § 1681n.

10                        **SIXTH CAUSE OF ACTION**

11                     (Permissible purposes of Consumer Reports)

12                   (Negligent violation of FCRA, 15 U.S.C. § 1681b)

13    42.  Plaintiff realleges paragraphs 1 through 16.

14    43.  Plaintiff is a consumer within the meaning of 15 U.S.C. § 1681a(c).

15    44.  Defendant is a furnisher of information within the meaning of 15 U.S.C. §

16  1681s-2.

17
18    45.  Defendant does not possess, nor has possessed any account relating to the

19  Plaintiff within the meaning of 15 U.S.C. § 1681a(r)(4).

20    46.  Through the performance of the acts described in paragraph 15, Defendant

21  negligently violated or permitted the negligent violation of  15 U.S.C. § 1681b(f), by

22  obtaining Plaintiff's Equifax credit report without a permissible purpose as defined by

23  15 U.S.C. § 1681b, thereby entitling the Plaintiff to recover damages pursuant to 15

24  U.S.C. § 1681o.

25                        **REQUEST FOR RELIEF**

26    WHEREFORE, the Plaintiff requests:

27    47.  Potential actual damages of $6,710.55, according to 15 U.S.C. § 1692 k;

28

Complaint                                    6

48. Additional damages of $1,000 for FDCPA violations according to 15 U.S.C. § 1692 k;

49. Additional damages of $1,000 for Rosenthal Act violations according to Cal Civ Code 1788.1;

50. Actual or statutory damages of $1,000 for FCRA violations according to 15 U.S.C. § 1681n;

51. Actual damages for FCRA violations according to 15 U.S.C. § 1681o;

52. Punitive damages such as the court may allow for FCRA violations according to 15 U.S.C. § 1681n;

53. The cost of the action together with reasonable attorney's fees as determined by the Court, according to 15 U.S.C. § 1692 k;

54. Any further relief that the court may deem appropriate, according to 15 U.S.C. § 1692 k.

### DEMAND FOR TRIAL BY JURY

55. Plaintiff hereby requests a trial by jury on all issues raised in this complaint.


Dated: December 27 , 2011


By: Stephen V. Conley
Plaintiff in Pro Per

Complaint                                                                 7

**EXHIBIT A**

**EXHIBIT A** 7

**Phillips & Cohen Associates, Ltd.**
Ph 800-868-5598 • Fx 302-368-0970
Office Hours: M-Th: 8am-9pm, Fri: 8am-6pm
Sat: 8am-12pm

PO Box 5790
Hauppauge, NY 11788-0164

RETURN SERVICE REQUESTED

January 25, 2011

Phillips & Cohen Associates, Ltd.
Mail Stop: 2907
1002 Justison Street
Wilmington, DE 19801-5148

17628412-592          473111043

Stephen Conley
310 N Lima St
Burbank CA 91505-3511

| | CHECK CARD USING FOR PAYMENT |
|---|---|
| CARD NUMBER  PLUS 3 DIGIT SECURITY CODE (on back of card) | EXP. DATE |
| CARDHOLDER NAME | AMOUNT $ |
| CARDHOLDER SIGNATURE | |

Reference #: 17628412
Balance: $6,710.55

***PLEASE DETACH AND RETURN IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT***

Re: **Client:**            **Equable Ascent Financial~ LLC.**
    **Original Creditor:**  **Chase Bank USA~ N.A (Wamu)**
    **Client Acct #:**      **************6424**
    **Reference #:**        **17628412**
    **Balance:**            **$6,710.55**

Dear Stephen Conley:

We had hoped that you would resolve your financial obligation with Equable Ascent Financial~ LLC. prior to initiating further collection activity to recover the amount owed to them. Apparently that is not the case.

In an effort to reach a mutually acceptable remedy to this matter, our client has agreed to offer you the opportunity to settle this indebtedness for 70% of the amount owed or $4,697.39. If this matter remains unresolved, we will have no other alternative but to evaluate your credit history and present financial circumstances, then proceed accordingly.

You now have an extremely important decision to make. The wrong choice could ultimately be more costly to you in the future, as this offer to settle at a reduced rate may not be available.

If you are unable to pay in full or settle at the reduced rate, contact our office today. You may qualify for our hardship program. However, please be advised that your failure to respond will leave us with no option but to use the resources of this agency to explore all means of recovering the total amount due to our client.

Time is of the essence. We genuinely hope that you resolve this obligation without the need for further collection activity. Should you have any questions regarding this matter please call at the above referenced number.

Sincerely,

Phillips & Cohen Associates, Ltd.

Payment by credit card transaction fees: MasterCard, Visa and Discover $5 per $150.

## ** IMPORTANT CONSUMER INFORMATION **

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

NOTICE TO RESIDENTS OF CALIFORNIA:
THE STATE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT AND THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT REQUIRE THAT, EXCEPT UNDER UNUSUAL CIRCUMSTANCES, COLLECTORS MAY NOT CONTACT YOU BEFORE 8AM OR AFTER 9PM. THEY MAY NOT HARASS YOU BY USING THREATS OF VIOLENCE OR ARREST OR BY USING OBSCENE LANGUAGE. COLLECTORS MAY NOT USE FALSE OR MISLEADING STATEMENTS OR CALL YOU AT WORK IF THEY KNOW OR HAVE REASON TO KNOW THAT YOU MAY NOT RECEIVE PERSONAL CALLS AT WORK. FOR THE MOST PART, COLLECTORS MAY NOT TELL ANOTHER PERSON, OTHER THAN YOUR ATTORNEY OR SPOUSE, ABOUT YOUR DEBT. COLLECTORS MAY CONTACT ANOTHER PERSON TO CONFIRM YOUR LOCATION OR ENFORCE A JUDGMENT. FOR MORE INFORMATION ABOUT DEBT COLLECTION ACTIVITIES, YOU MAY CONTACT THE FEDERAL TRADE COMMISSION AT 1-877-FTC-HELP OR WWW.FTC.GOV.

Phillips & Cohen Associates, Ltd. • 1002 Justison Street • Wilmington, DE 19801 • 800-868-5598                1CSPCAL03592

**EXHIBIT B**

**EXHIBIT B**

# EQUIFAX

## CREDIT FILE : October 22, 2011

Confirmation #  1295006097

**Personal Identification Information** *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

Name On File: Stephen V Conley
Social Security #: XXX-XX-2429   Date of Birth: May 5, 1963
Current Address: 310 N Lima St, Burbank, CA 91505  Reported: 11/2006
Previous Address(es): 3927 Van Buren Pl Apt 216, Culver City, CA 90232  Reported: 10/2011
849 Bard St, Hermosa Beach, CA 90254  Reported: 10/2011
3432 Mentone Ave Apt 1, Los Angeles, CA 90034  Reported: 08/2001
3rd Floor, Chicago, IL 60622  Reported: 09/1999
1344 N Wolcott Ave, Chicago, IL 60622  Reported: 06/1999

**Please address all future correspondence to:**

www.investigate.equifax.com

Equifax Information Services LLC
P.O. Box 105314
Atlanta GA 30348

(866) 238-6559
M - F 9:00am to 5:00pm in your time zone.

In order to speak with a Customer Service Representative regarding the specific information contained in this credit file, you must call **WITHIN 60 DAYS** of the date of this credit file **AND** have a copy of this credit file along with the confirmation number.

**Collection Agency Information** *(This section includes accounts that credit grantors have placed for collection with a collection agency.)*

Enhanced Recovery Company,llc; Collection Reported 07/2011; Assigned 06/2011; Creditor Class - Cable/Cellular; Client - at T; Amount - $269 ; Status as of 07/2011 - Unpaid; Date of 1st Delinquency 02/2010; Balance as of 07/2011 - $317 ; Individual Account; Account # - 52709709; **Address:** 8014 Bayberry Rd Jacksonville FL 32256-7412 ; (800) 496-8941

**Credit Account Information**
*(For your security, the last 4 digits of account number(s) have been replaced by 'X') (This section includes open and closed accounts reported by credit grantors)*

### Account Column Title Descriptions:

Account Number - The Account number reported by credit grantor
Date Acct. Opened - The Date that the credit grantor opened the account
High Credit - The Highest Amount Charged
Credit Limit - The Highest Amount Permitted
Terms Duration - The Number of Installments or Payments
Terms Frequency - The Scheduled Time Between Payments
Months Reviewed - The Number of Months Reviewed
Activity Designator - The Most Recent Account Activity
Creditor Class - The Type of Company Reporting The Account
Date Reported - Date of Last Reported Update
Balance Amount - The Total Amount Owed as of the Date Reported
Status - Condition of Account When Last Updated by Creditor or Otherwise

Amount Past Due - The Amount Past Due as of the Date Reported
Date of Last Payment - The Date of Last Payment
Actual Pay Amt - The Actual Amount of Last Payment
Sched Pay Amt - The Requested Amount of Last Payment
Date of 1st Delinquency - The Date of First Delinquency
Date of Last Activty - The Date of the Last Account Activity
Date Maj Delq Rptd - The Date the 1st Major Delinquency Was Reported
Charge Off Amt - The Amount Charged Off by Creditor
Deferred Pay Date - The 1st Payment Due Date for Deferred Loans
Balloon Pay Amt - The Amount of Final(Balloon) Payment
Balloon Pay Date - The Date of Final(Balloon) Payment
Date Closed - The Date the Account was Closed

**Account History**

| | |
|---|---|
| 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due |
| 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due |
| 3 : 90-119 Days Past Due | G : Collection Account |
| 4 : 120-149 Days Past Due | H : Foreclosure |

**Status Code**

| | |
|---|---|
| J : Voluntary Surrender | |
| K : Repossession | |
| L : Charge Off | |

**Descriptions**

1295006097 3PD-001056741- 3857 - 4314  - BS

( Continued On Next Page )

## Inquiries that do not display to companies  (do not impact your credit score)

(This section includes inquiries which display only to you and are not considered when evaluating your credit worthiness. - examples of this inquiry type include a pre-approved offer of credit, insurance, or periodic account review by an existing creditor.)

### Company Information - Prefix Descriptions:

PRM - Inquiries with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit or insurance.  (PRM inquiries remain for 12 months).

PR - Inquiries with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing. (PR Inquires remain for 12 months)

AM or AR - Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors.  (AM and AR inquiries remain for 12 months).

Equifax or EFX - Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy of your credit file or a research request.

ND - Inquiries with this prefix are general inquiries that do not display to credit grantors.  (ND inquiries remain for 24 months)

ND MR - Inquiries with this prefix indicate the reissue of a mortgage credit report containing information from your Equifax credit file to another company in connection with a mortgage loan. (ND MR inquiries remain for 24 months)

EMPL - Inquiries with this prefix indicate an employment inquiry. (EMPL inquiries remain for 24 months)

| Company Information | | Inquiry Date(s) |
|---|---|---|
| Equifax | PO Box 740250  Atlanta, GA | 10/22/2011 |
| 30374-0250 | | |
| AR-Macys/Fdsb | 9111 Duke Blvd Mason, OH | 08/16/2011 |
| 45040-8999 | | |
| PRM-At&T Services | 13801 Wireless Way Oklahoma City, OK | 07/27/2011   06/24/2011   03/25/2011   11/24/2010 |
| 73134-2500 | | |
| PRM-Capital One Auto Finance | 3901 Dallas Pkwy Plano, TX | 05/09/2011   04/11/2011   10/26/2010 |
| 75093-7864 | | |
| AR-Macys/Dsnb | 9111 Duke Blvd Mason, OH | 05/03/2011 |
| 45040-8999 | | |
| AR-The Home Depot - Citi Na | 541 Sid Martin Rd Citibank Gray, TN | 04/29/2011 |
| 37615-6210 | | |
| AR-Hsbc Bank Nevada | PO Box 21550 Tulsa, OK | 12/20/2010 |
| 74121-1550 | | |
| AR-Ln- Phillips And Cohenassoc. | 6601 Park Of Commerce Blvd Ltd/Analalytics Group Inc Boca Raton, FL 33487-8247 | 12/17/2010 |
| PRM-Capital One Bank USA Na | PO Box 30281  Salt Lake City, UT | 11/11/2010 |
| 84130-0281 | | |
| ND-Equifax | PO Box 740250  Atlanta, GA | 05/26/2010 |
| 30374-0250 | | |

**** End of Credit File ****

Page 7 of 12

12950060973PD-001056741- 3857 - 4314 - BS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge S. James Otero and the assigned discovery Magistrate Judge is John E. McDermott.

The case number on all documents filed with the Court should read as follows:

## CV11- 10710 SJO (JEMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

I (a) PLAINTIFFS (Check box if you are representing yourself ☑)

STEPHEN V. CONLEY
IN PROPER

DEFENDANTS

PHILLIPS AND COHEN ASSOCIATES, LTD.

(b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) 310 N. LIMA ST.
BURBANK, CA 91505 ☎818·391·2047

Attorneys (If Known)

II. BASIS OF JURISDICTION (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

III. CITIZENSHIP OF PRINCIPAL PARTIES - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

IV. ORIGIN (Place an X in one box only.)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

V. REQUESTED IN COMPLAINT: JURY DEMAND: ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
CLASS ACTION under F.R.C.P. 23: ☐ Yes ☑ No ☑ MONEY DEMANDED IN COMPLAINT: $ 9,710.55

VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 USC 1692 - VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT. 15 USC 1681 - VIOLATION OF FAIR CREDIT REALTING ACT

VII. NATURE OF SUIT (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☑ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark SOCIAL SECURITY |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | | ☐ 640 R.R. & Truck | ☐ 864 SSID Title XVI |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 865 RSI (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | FEDERAL TAX SUITS |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land ☐ 245 Tort Product Liability | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | |

FOR OFFICE USE ONLY: Case Number: CV11-10710 -SJO (JEMx)

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08) CIVIL COVER SHEET Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  No  ☒ Yes
If yes, list case number(s): _____ C V 11 - 0 9 9 1 4 _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A.  Arise from the same or closely related transactions, happenings, or events; or

☒ B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _Stephen V. Conly_     Date _DECEMBER 27 2011_

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |