NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

STEPHEN V. CONLEY - PLAINTIFF IN PRO PER
310 N. LIMA ST.
BURBANK, CA 91505

818.391.2047

ATTORNEYS FOR:

FILED
CLERK U.S. DISTRICT COURT
DEC 29 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

STEPHEN V. CONLEY
             Plaintiff(s),
    v.
PHILLIPS AND COHEN ASSOCIATES, LTD.
             Defendant(s).

CASE NUMBER:
CV11-10710 - SJO (JEM x)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for   STEPHEN V. CONLEY - PLAINTIFF IN PRO PER
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

               PARTY                                         CONNECTION
(List the names of all such parties and identify their connection and interest.)

STEPHEN V. CONLEY                                            PLAINTIFF

PHILLIPS AND COHEN ASSOCIATES, LTD.                          DEFENDANT

LODGED
DEC 27 PM 4:03
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

DECEMBER 27, 2011                    /s/ Stephen V. Conley
Date                                 Sign

                                     STEPHEN V. CONLEY - IN PRO PER
                                     Attorney of record for or party appearing in pro per

CV-30 (04/10)                NOTICE OF INTERESTED PARTIES