1  Debbie P. Kirkpatrick, Esq. (SBN 207112)
2  Albert R. Limberg, Esq. (SBN 211110)
   SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3  1545 Hotel Circle South, Suite 150
4  San Diego, CA  92108-3426
   Tel:   619/758-1891
5  Fax:   619/296-2013
6  dkirkpatrick@sessions-law.biz
7  alimberg@sessions-law.biz

8  Attorneys for Defendant Phillips & Cohen Associates, Ltd.

9
                    UNITED STATES DISTRICT COURT
10
11                  CENTRAL DISTRICT OF CALIFORNIA

12

13  STEPHEN V. CONLEY,                ) Case No.  CV11 10710-SJO (JEMx)
                                      )
14                 Plaintiff,         )
                                      )
15      vs.                           ) JOINT STIPULATION AND
                                      ) REQUEST TO DISMISS ENTIRE
16                                    ) ACTION WITH PREJUDICE
17  PHILLIPS & COHEN ASSOCIATES,      )
    LTD.,                             )
18                                    )
                                      )
19                 Defendant.         )
                                      )
20  _____   )

21

22       Plaintiff Stephen V. Conley and Defendant Phillips & Cohen Associates,

23  Ltd. ("PCA"), through undersigned counsel, hereby stipulate and agree that the

24  above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1),

25

26  and jointly request this court issue an order of dismissal with prejudice.

27

28

1

2

      This stipulation and joint request for dismissal with prejudice is based on the

3

fact that the parties have resolved this action in its entirety.  As part of said

4

resolution, the parties agree to dismiss this action, in its entirety, with prejudice.

5

The parties will bear their own attorneys fees and costs.

6

7

8
Dated: 2/21/12                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

9
*/s/ Albert R. Limberg*

10
Albert R. Limberg
Attorney for Defendant

11
Phillips & Cohen Associates, Ltd.

12

13
Dated: 2/21/12

14
_____

15
Stephen V. Conley, Plaintiff

16

17

18

19

20

21

22

23

24

25

26

27

28